IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JOYCE ELAINE PHILLIPS, DANIEL
T. SCHOPP, BEVERLY BREDE d/b/a
CUSTOM CARPET, and JOSEPH
GULASH, individually and on behalf of
other similarly situated,

Plaintiffs,

v.

FORD MOTOR COMPANY,

Defendant.                                              No. 05-CV-503-DRH

<u>MEMORANDUM AND ORDER</u>

HERNDON, District Judge:

Before the Court are two motions submitted by Plaintiffs: (1) a motion to stay briefing on Defendant's motion to dismiss until resolution of the jurisdictional issues and (2) a motion to expedite the briefing schedule on Plaintiffs' remand motion. (Docs. 12, 13.) First, the Court **GRANTS** Plaintiffs' motion to stay and **STAYS** the briefing on Defendant's motion to dismiss. (Doc. 12.) Plaintiffs' response to Defendant's motion to dismiss will be due within 20 days of the Court's order resolving the Parties' jurisdictional disputes, as calculated under **FRCP 6**. Second, the Court **GRANTS** Plaintiffs' motion for an expedited briefing schedule on their motion to remand.[1] (Doc. 13.) Defendant Ford's response is due by Friday, August

---

[1] While a party is normally afforded 10 days to respond to a non-dispositive motion, **LOCAL RULE 7.1**, this time requirement does not apply to such motions as Plaintiffs' motion to expedite

12, 2005.  Plaintiffs' reply will be due 2 days from the date of Defendant's response, or the next business day if the deadline falls on a weekend.  Furthermore, the Court **ADVISES** the Parties to consider in their jurisdictional briefs the Seventh Circuit's decision in ***Pfizer, Inc. v. Lott***, **— F.3d — , No. 05-8013, 2005 WL 1840046 (7th Cir. Aug. 4, 2005)**, which was handed down yesterday.

**IT IS SO ORDERED.**

Signed this 5th day of August, 2005.

/s/   David RHerndon
**United States District Judge**

---

where applying the time requirement would effectively deny the moving party of the relief sought. (Doc. 13.)  Specifically, if Defendant were allowed 10 days (as calculated under **FRCP 6**) to respond to Plaintiffs' motion to expedite, then Plaintiffs' motion to expedite the 30 day briefing schedule to 5 days would be effectively mooted by Defendant's ability to withhold its response.  The **Local Rules** were not intended to facilitate such absurd results and will not be so stringently interpreted as to do so.