## IN THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOYCE ELAINE PHILLIPS and DANIEL T. SCHOPP, BEVERLY BREDE d/b/a CUSTOM CARPET and JOSEPH GULASH, individually and on behalf of others similarly situated, | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 05-CV-503-DRH ) |
| FORD MOTOR COMPANY, | ) ) |
| Defendant. | ) |

### ORDER SEALING DOCUMENTS OF FORD MOTOR COMPANY

Cause comes before the Court on Defendant Ford Motor Company's ("Ford") motion to file a document under seal in support of its opposition to Plaintiffs' motion to remand. Upon consideration of the motion, Ford's motion is hereby **GRANTED**. (Doc. 20.) The Clerk's office is hereby directed to seal the documents submitted in paper form by Ford that it requested be filed under seal. **IT IS SO ORDERED**.

Signed this 16th day of August, 2005.

/s/     David RHerndon
UNITED STATES DISTRICT JUDGE